| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>WILLIAM H. OLIVER, JR.<br>2240 Highway 33<br>Suite 112<br>Neptune, New Jersey 07753<br>732-988-1500<br>Attorney for Debtor(s)<br>WO-7129 | **Order Filed on August 20, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>JOSEPH ROBERT LAZLO<br>DONNA CHARLOTTE KELLY-LAZLO<br><br>                      Debtors | Case No.: 19-17305<br><br>Adv. No:<br><br>Hearing Date: August 14, 2019 @ 9:00 A.M.<br><br>Chapter: 13<br><br>Judge: Michael B. Kaplan |

### ORDER TO MODIFY PROOF OF CLAIM #8 FILED BY
### WELLS FARGO BANK, NA FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2019**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: JOSEPH & DONNA LAZLO
Case No. 19-17305(MBK)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #8 FILED BY WELLS FARGO BANK, NA FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #8 filed by Wells Fargo Bank, NA from secured to unsecured and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R  D E R E D** that Proof of Claim #8 filed by Wells Fargo Bank, NA shall be and is hereby modified from secured to unsecured; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within _____ days of the date hereof.