UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on August 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

JOSEPH ROBERT LAZLO
DONNA CHARLOTTE KELLY-LAZLO

                Debtors

Case No.:  19-17305

Adv. No:

Hearing Date:  August 14, 2019 @ 9:00 A.M.

Chapter: 13

Judge:  Michael B. Kaplan

## ORDER TO MODIFY PROOF OF CLAIM #8 FILED BY
## WELLS FARGO BANK, NA FROM SECURED TO UNSECURED

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED.**

**DATED: August 20, 2019**

                                                                               Honorable Michael B. Kaplan
                                                                               United States Bankruptcy Judge

Debtor:    JOSEPH & DONNA LAZLO
Case No.    19-17305(MBK)
Caption of Order: ORDER TO MODIFY PROOF OF CLAIM #8 FILED BY WELLS FARGO BANK, NA FROM SECURED TO UNSECURED
Page 2

**THIS MATTER,** having been brought before this Court by William H. Oliver, Jr., attorney for the Debtor for an Order to Modify Proof of Claim #8 filed by Wells Fargo Bank, NA from secured to unsecured and the Court having considered the papers submitted and any objections, and for good cause appearing,

**O R D E R E D** that Proof of Claim #8 filed by Wells Fargo Bank, NA shall be and is hereby modified from secured to unsecured; and it is

**FURTHER O R D E R E D** that a copy of this Order shall be served upon the Debtor, the Chapter 13 Trustee and all interested parties and appearing parties within _____ days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph Robert Lazlo  
Donna Charlotte Kelly-Lazlo  
    Debtors

Case No. 19-17305-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 20, 2019  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.  
db/jdb        +Joseph Robert Lazlo,    Donna Charlotte Kelly-Lazlo,    67 Mutineer Ave,    Barnegat, NJ 08005-1317

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Daniel E. Straffi    on behalf of Creditor Kimberly  Van Arsdale bkclient@straffilaw.com, G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
         Denise E. Carlon    on behalf of Creditor   RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Rebecca Ann Solarz    on behalf of Creditor   RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William H. Oliver, Jr.    on behalf of Joint Debtor Donna Charlotte Kelly-Lazlo bkwoliver@aol.com, R59915@notify.bestcase.com
         William H. Oliver, Jr.    on behalf of Debtor Joseph Robert Lazlo bkwoliver@aol.com, R59915@notify.bestcase.com
                                                                                                     TOTAL: 7