UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Joseph R. Lazlo  
Donna C. Kelly-Lazlo,

Case No.: 19-17305  
Chapter: 13  
Judge: MBK

### NOTICE OF PROPOSED PRIVATE SALE

__Joseph R. Lazlo__, __Donna C. Kelly-Lazlo__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court  
District of New Jersey  
402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __June 8, 2022__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __Trenton, New Jersey__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  67 Mutineer Avenue  
Barnegat, NJ 08005

Proposed Purchaser:  Mark and Kristen Rotondo

Sale price:  $450,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Pittenger Realty / Berkshire Hathaway Fox Roach / Oliver & Legg, LLC  
Amount to be paid:  2.5% of sale price / 2.5% of sale price / $2,500.00  
Services rendered:  Real Estate Broker / Real Estate Broker / Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq of OLIVER & LEGG, LLC

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17305-MBK |
| Joseph Robert Lazlo | Chapter 13 |
| Donna Charlotte Kelly-Lazlo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: May 16, 2022 | Form ID: pdf905 | Total Noticed: 86 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Robert Lazlo, Donna Charlotte Kelly-Lazlo, 67 Mutineer Ave, Barnegat, NJ 08005-1317 |
| r | + | Pittenger Realty, 2260 State Highway 33, Suite 1, Neptune, NJ 07753-6113 |
| 518175093 | + | Kimberly Van Arsdale, c/o Straffi & Straffi, 670 Commons Way, Toms River, NJ 08755-6431 |
| 518175096 | + | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 518175097 | + | RoundPoint Mortgage Servicing Corporatio, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 518309115 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 518175098 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518175099 | + | Straffi & Straffi, 670 Commons Way, Toms River, NJ 08755-6431 |
| 518278960 | + | Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431, Attn: Daniel E. Straffi, Jr. |
| 518175114 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518175115 | + | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 518290394 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518287342 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518175117 | + | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |
| 518175116 | + | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 16 2022 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 16 2022 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518268170 | | Email/PDF: bncnotices@becket-lee.com | May 16 2022 20:40:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518175048 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2022 20:40:35 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518175049 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2022 20:40:50 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518175050 | + | Email/PDF: bncnotices@becket-lee.com | May 16 2022 20:40:19 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518175051 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518175053 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 16 2022 20:38:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518175052 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | May 16 2022 20:38:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518271171 | + | Email/Text: mortgagebkcorrespondence@bofa.com | May 16 2022 20:38:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518175054 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 16 2022 20:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 518175055 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 16 2022 20:38:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518175056 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:37 | Best Buy Credit Services, PO Box 78009, Phoenix, AZ 85062-8009 |
| 518175057 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2022 20:40:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518175058 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2022 20:40:33 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518175064 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:51 | Citi/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 518175063 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518175066 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175065 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518308987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518175067 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:51 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518175068 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:37 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175069 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518175070 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175072 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518175071 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:51 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518175073 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518175074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 518175076 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 518175075 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175082 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518175081 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175078 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenitybank/trwrdsv, Po Box 182789, |

Case 19-17305-MBK    Doc 42    Filed 05/18/22    Entered 05/19/22 00:11:46    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: pdf905 | Total Noticed: 86 |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2789 |
| 518175077 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175080 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 518175079 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175084 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenitycapital/zlotlt, Po Box 182120, Columbus, OH 43218-2120 |
| 518175083 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2022 20:38:00 | Comenitycapital/zlotlt, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175085 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 518175086 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:22 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518175087 | | Email/Text: mrdiscen@discover.com | May 16 2022 20:38:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518175088 | | Email/Text: mrdiscen@discover.com | May 16 2022 20:38:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518309996 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2022 20:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518175090 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 16 2022 20:38:00 | HSBC Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 518175089 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | May 16 2022 20:38:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518175091 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2022 20:38:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518175059 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2022 20:40:32 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518175060 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2022 20:40:32 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 518175061 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2022 20:40:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518175062 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2022 20:40:31 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518237913 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2022 20:40:16 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038 |
| 518175095 | + | Email/Text: PBNCNotifications@peritusservices.com | May 16 2022 20:38:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518175094 | + | Email/Text: PBNCNotifications@peritusservices.com | May 16 2022 20:38:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518308722 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2022 20:40:20 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518307494 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2022 20:40:50 | Portfolio Recovery Associates, LLC, c/o Paypal Smart Connect, POB 41067, Norfolk VA 23541 |
| 518296161 | | Email/Text: bnc-quantum@quantum3group.com | May 16 2022 20:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518175096 | ^ | MEBN | May 16 2022 20:30:45 | RoundPoint Mortgage Servicing Corporatio, Attn: |

Case 19-17305-MBK    Doc 42    Filed 05/18/22    Entered 05/19/22 00:11:46    Desc Imaged
                              Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 16, 2022 | Form ID: pdf905 | Total Noticed: 86 |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 518177607 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518175100 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:36 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518175101 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:48 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518175102 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:47 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518175103 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:32 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518175105 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:47 | Synchrony Bank/PayPal Cr, Po Box 965005, Orlando, FL 32896-5005 |
| 518175104 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:47 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518175107 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:33 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518175106 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:47 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518175109 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:32 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518175108 | + | Email/PDF: gecsedi@recoverycorp.com | May 16 2022 20:40:32 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518175110 | | Email/Text: bankruptcy@td.com | May 16 2022 20:39:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518175111 | | Email/Text: bankruptcy@td.com | May 16 2022 20:39:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 518175113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:51 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175112 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2022 20:40:37 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |

TOTAL: 72

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | Kimberly Van Arsdale, 1778 Ashwell Bridge Drive, Huttleston, VA 24104-3656 |
| 518175092 | ##+ | Kimberly Van Arsdale, 1778 Ashwell Ridge, Huddleston, VA 24104-3656 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: May 16, 2022 | Form ID: pdf905 | Total Noticed: 86

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2022              Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Creditor Kimberly Van Arsdale bkclient@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Joint Debtor Donna Charlotte Kelly-Lazlo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Debtor Joseph Robert Lazlo courtdocs@oliverandlegg.com R59915@notify.bestcase.com |

TOTAL: 7