Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−17305−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Joseph Robert Lazlo
   67 Mutineer Ave
   Barnegat, NJ 08005

   Donna Charlotte Kelly−Lazlo
   aka Donna C Kelly, aka Donna Lazlo
   67 Mutineer Ave
   Barnegat, NJ 08005

Social Security No.:
  xxx−xx−0556

xxx−xx−5285

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on May 25, 2022, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 44 − 40
Order Granting Application to Employ Professional Berkshire Hathaway Fox Roach as Selling Broker (Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/24/2022. (bwj)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 25, 2022
JAN: bwj

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-17305-MBK |
| Joseph Robert Lazlo | Chapter 13 |
| Donna Charlotte Kelly-Lazlo | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 25, 2022 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

**Recip ID    Recipient Name and Address**
br          + Berkshire Hathaway Fox Roach, 2027 Route 35, Suite 3, Wall, NJ 07719-3558

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
                    docs@russotrustee.com

Daniel E. Straffi
                    on behalf of Creditor Kimberly Van Arsdale bkclient@straffilaw.com
                    G25938@notify.cincompass.com;bktrustee@straffilaw.com

Denise E. Carlon
                    on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Rebecca Ann Solarz
                    on behalf of Creditor RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 25, 2022 | Form ID: orderntc | Total Noticed: 1 |

on behalf of Joint Debtor Donna Charlotte Kelly-Lazlo courtdocs@oliverandlegg.com R59915@notify.bestcase.com

William H. Oliver, Jr.

on behalf of Debtor Joseph Robert Lazlo courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 7