**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

William H. Oliver, Jr., Esq.
Brandywine Commons
2240 State Highway 33, Suite 112
Neptune, NJ  07753
732-988-1500
courtdocs@oliverandlegg.com

**Order Filed on May 24, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph R. Lazlo
Donna C. Lazlo-Kelly

Case No.:   19-17305

Judge:   MBK

Chapter:   13

Recommended Local Form:   ☒ Followed    ☐ Modified

# ORDER AUTHORIZING RETENTION OF Pittenger Realty

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 24, 2022**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

In re: Joseph R. Lazlo and Donna C. Lazlo-Kelly

Case No.: 19-17305

Applicant: Donna C. Lazlo-Kelly

(check all that apply)
- ☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.
- ☒ Debtor: ☐ Chap. 11 ☒ Chap. 13
- ☐ Official Committee of _____

Name of Professional: Pittenger Realty

Address of Professional: 2260 Highway 33
Neptune, NJ 07753

- ☐ Attorney for (check all that apply):
  - ☐ Trustee ☐ Debtor-in-Possession
  - ☐ Official Committee of _____
- ☐ Accountant for:
  - ☐ Trustee ☐ Debtor-in-Possession
  - ☐ Official Committee of _____
- ☒ Other Professional:
  - ☒ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer
  - ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 19-17305-MBK
Joseph Robert Lazlo   Chapter 13
Donna Charlotte Kelly-Lazlo
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2
Date Rcvd: May 25, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Robert Lazlo, Donna Charlotte Kelly-Lazlo, 67 Mutineer Ave, Barnegat, NJ 08005-1317 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Daniel E. Straffi
    on behalf of Creditor Kimberly Van Arsdale bkclient@straffilaw.com
    G25938@notify.cincompass.com;bktrustee@straffilaw.com

Denise E. Carlon
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Rebecca Ann Solarz
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 25, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Joint Debtor Donna Charlotte Kelly-Lazlo courtdocs@oliverandlegg.com R59915@notify.bestcase.com

William H. Oliver, Jr.

on behalf of Debtor Joseph Robert Lazlo courtdocs@oliverandlegg.com R59915@notify.bestcase.com

TOTAL: 7