**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph Robert Lazlo | Social Security number or ITIN   xxx–xx–0556 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Donna Charlotte Kelly–Lazlo | Social Security number or ITIN   xxx–xx–5285 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–17305–MBK

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph Robert Lazlo

Donna Charlotte Kelly–Lazlo
aka Donna C Kelly, aka Donna Lazlo

9/21/22

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 19-17305-MBK

Joseph Robert Lazlo                                                      Chapter 13

Donna Charlotte Kelly-Lazlo

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Sep 21, 2022 | Form ID: 3180W | Total Noticed: 89 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph Robert Lazlo, Donna Charlotte Kelly-Lazlo, 500 Route 9, Apartment 520, Waretown, NJ 08758-1770 |
| br | + | Berkshire Hathaway Fox Roach, 2027 Route 35, Suite 3, Wall, NJ 07719-3558 |
| r | + | Pittenger Realty, 2260 State Highway 33, Suite 1, Neptune, NJ 07753-6113 |
| 518175093 | + | Kimberly Van Arsdale, c/o Straffi & Straffi, 670 Commons Way, Toms River, NJ 08755-6431 |
| 518175097 | + | RoundPoint Mortgage Servicing Corporatio, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |
| 518309115 | + | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd Buildings 6&8, Charlotte, NC 28217-1932 |
| 518175098 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 518175099 | + | Straffi & Straffi, 670 Commons Way, Toms River, NJ 08755-6431 |
| 518278960 | + | Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755-6431, Attn: Daniel E. Straffi, Jr. |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2022 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2022 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518268170 | | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 20:26:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518175048 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 20:26:52 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518175049 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 20:27:04 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 518175050 | + | Email/PDF: bncnotices@becket-lee.com | Sep 21 2022 20:27:04 | Amex/Bankruptcy, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 518175051 | + | EDI: CITICORP.COM | Sep 22 2022 00:18:00 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518175053 | + | EDI: BANKAMER.COM | Sep 22 2022 00:18:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518175052 | + | EDI: BANKAMER.COM | Sep 22 2022 00:18:00 | Bank Of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518271171 | + | EDI: BANKAMER2.COM | Sep 22 2022 00:18:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518175054 | + | EDI: TSYS2 | Sep 22 2022 00:18:00 | Barclays Bank Delaware, Attn: Correspondence, |

|  |  |  |  |
|---|---|---|---|
|  |  |  | Po Box 8801, Wilmington, DE 19899-8801 |
| 518175055 | + EDI: TSYS2 |  |  |
|  |  | Sep 22 2022 00:18:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 518175056 | EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Best Buy Credit Services, PO Box 78009, Phoenix, AZ 85062-8009 |
| 518175057 | + EDI: CAPITALONE.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518175058 | + EDI: CAPITALONE.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518175064 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citi/Sears, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 518175063 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518175066 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175065 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518308987 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518175067 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 518175068 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175069 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518175070 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175072 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citicards Cbna, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518175071 | + EDI: CITICORP.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Citicards Cbna, Citi Bank, Po Box 6077, Sioux Falls, SD 57117-6077 |
| 518175073 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Comenity Bank/Lane Bryant, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518175074 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Comenity Bank/Lane Bryant, Po Box 182789, Columbus, OH 43218-2789 |
| 518175076 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Comenity Capital Bank/HSN, Po Box 182120, Columbus, OH 43218-2120 |
| 518175075 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175082 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | ComenityCapital/Boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 518175081 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175078 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Comenitybank/trwrdsv, Po Box 182789, Columbus, OH 43218-2789 |
| 518175077 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Comenitybank/trwrdsv, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175080 | + EDI: WFNNB.COM |  |  |
|  |  | Sep 22 2022 00:18:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |

| 518175079 | + EDI: WFNNB.COM | | |
| | | Sep 22 2022 00:18:00 | Comenitycapital/bjsclb, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175084 | + EDI: WFNNB.COM | | |
| | | Sep 22 2022 00:18:00 | Comenitycapital/zlotlt, Po Box 182120, Columbus, OH 43218-2120 |
| 518175083 | + EDI: WFNNB.COM | | |
| | | Sep 22 2022 00:18:00 | Comenitycapital/zlotlt, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 518175085 | + EDI: CITICORP.COM | | |
| | | Sep 22 2022 00:18:00 | Costco Go Anywhere Citicard, Citicorp Credit Services/Centralized Ban, Po Box 790040, St. Louis, MO 63179-0040 |
| 518175086 | + EDI: CITICORP.COM | | |
| | | Sep 22 2022 00:18:00 | Costco Go Anywhere Citicard, Po Box 6190, Sioux Falls, SD 57117-6190 |
| 518175087 | EDI: DISCOVER.COM | | |
| | | Sep 22 2022 00:18:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518175088 | EDI: DISCOVER.COM | | |
| | | Sep 22 2022 00:18:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518309996 | EDI: Q3G.COM | | |
| | | Sep 22 2022 00:18:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 519658043 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Sep 21 2022 20:25:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 519658044 | + Email/Text: Bankruptcy@Freedommortgage.com | | |
| | | Sep 21 2022 20:25:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037, Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 518175090 | + EDI: HFC.COM | | |
| | | Sep 22 2022 00:18:00 | HSBC Bank, Po Box 2013, Buffalo, NY 14240-2013 |
| 518175089 | + EDI: HFC.COM | | |
| | | Sep 22 2022 00:18:00 | HSBC Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 518175091 | EDI: IRS.COM | | |
| | | Sep 22 2022 00:18:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518175059 | EDI: JPMORGANCHASE | | |
| | | Sep 22 2022 00:18:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 518175060 | EDI: JPMORGANCHASE | | |
| | | Sep 22 2022 00:18:00 | Chase Auto Finance, Po Box 901003, Ft Worth, TX 76101 |
| 518175061 | EDI: JPMORGANCHASE | | |
| | | Sep 22 2022 00:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518175062 | EDI: JPMORGANCHASE | | |
| | | Sep 22 2022 00:18:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518237913 | EDI: JPMORGANCHASE | | |
| | | Sep 22 2022 00:18:00 | JPMorgan Chase Bank, N.A., PO Box 29505 AZ1-1191, Phoenix, AZ 85038 |
| 518175095 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 21 2022 20:25:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 518175094 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Sep 21 2022 20:25:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 518308722 | EDI: PRA.COM | | |
| | | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 518307494 | EDI: PRA.COM | | |
| | | Sep 22 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Paypal Smart Connect, POB 41067, Norfolk VA 23541 |
| 518296161 | EDI: Q3G.COM | | |
| | | Sep 22 2022 00:18:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518175096 | ^ MEBN | | |
| | | Sep 21 2022 20:20:54 | RoundPoint Mortgage Servicing Corporatio, Attn: |

District/off: 0312-3          User: admin          Page 4 of 5

Date Rcvd: Sep 21, 2022          Form ID: 3180W          Total Noticed: 89

Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409

| | | | |
|---|---|---|---|
| 518177607 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518175100 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 518175101 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 518175102 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518175103 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518175105 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/PayPal Cr, Po Box 965005, Orlando, FL 32896-5005 |
| 518175104 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518175107 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/QVC, Po Box 965005, Orlando, FL 32896-5005 |
| 518175106 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518175109 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/TJX, Po Box 965015, Orlando, FL 32896-5015 |
| 518175108 | + EDI: RMSC.COM | Sep 22 2022 00:18:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 518175110 | EDI: TDBANKNORTH.COM | Sep 22 2022 00:18:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518175111 | EDI: TDBANKNORTH.COM | Sep 22 2022 00:18:00 | TD Bank, N.A., 70 Gray Rd, Portland, ME 04105 |
| 518175113 | + EDI: CITICORP.COM | Sep 22 2022 00:18:00 | Trac/CBCD/Citicorp, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518175112 | + EDI: CITICORP.COM | Sep 22 2022 00:18:00 | Trac/CBCD/Citicorp, Citicorp Credit/Centralized Bankruptcy, Po Box 20507, Kansas City, MO 64195-0507 |
| 518175115 | + EDI: WFHOME | Sep 22 2022 00:18:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 518175114 | + EDI: WFCCSBK | Sep 22 2022 00:18:00 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518287342 | EDI: WFCCSBK | Sep 22 2022 00:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518290394 | EDI: WFCCSBK | Sep 22 2022 00:18:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518175116 | + EDI: WFCCSBK | Sep 22 2022 00:18:00 | Wf/fmg, Attn: Bankruptcy, Po Box 51193, Los Angeles, CA 90051-5493 |
| 518175117 | + EDI: WFHOME | Sep 22 2022 00:18:00 | Wf/fmg, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 80

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

District/off: 0312-3                                    User: admin                                    Page 5 of 5
Date Rcvd: Sep 21, 2022                                 Form ID: 3180W                                  Total Noticed: 89

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | ##+ | Kimberly Van Arsdale, 1778 Ashwell Bridge Drive, Huttleston, VA 24104-3656 |
| 518175092 | ##+ | Kimberly Van Arsdale, 1778 Ashwell Ridge, Huddleston, VA 24104-3656 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Daniel E. Straffi | on behalf of Creditor Kimberly Van Arsdale bkclient@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |
| Denise E. Carlon | on behalf of Creditor RoundPoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor RoundPoint Mortgage Servicing Corporation rsolarz@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Joseph Robert Lazlo courtdocs@oliverandlegg.com |
| Robert Cameron Legg | on behalf of Joint Debtor Donna Charlotte Kelly-Lazlo courtdocs@oliverandlegg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor Joseph Robert Lazlo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |
| William H. Oliver, Jr. | on behalf of Joint Debtor Donna Charlotte Kelly-Lazlo courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |

TOTAL: 10